UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GEORGE & COMPANY, LLC, a New York limited liability company

        Plaintiff,

v.                                Case No: 2:14-cv-310-FtM-38CM

BRIAN SPENCER, VARIOUS JOHN DOES, VARIOUS JANE DOES and ABC COMPANIES,

        Defendants.
_____/

**ORDER**[1]

This matter comes before the Court on Plaintiff's Notice of Voluntary Dismissal of Defendants Various John Does, Jane Does, and ABC Companies (Doc. #28) filed on December 16, 2014. In its Notice, Defendant seeks to voluntarily dismiss Defendants Various John Does, Jane Does, and ABC Companies without prejudice. As these Defendants have yet to be served, the Plaintiff's Notice of Voluntary Dismissal is due to be granted.

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

(1) Plaintiff's Notice of Voluntary Dismissal of Defendants Various John Does, Jane Does, and ABC Companies (Doc. #28) is **GRANTED**.

**DONE** and **ORDERED** in Fort Myers, Florida this 18th day of December, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record